# THOMPSON, GREENSPON
## & CO., P.C.

Certified Public Accountants
Management Consultants

Koger Management Group Bankruptcy
Leach Travell Britt PC
8270 Greensboro Drive Suite 1050
McLean, VA 22102

Statement Date  8/31/2012
Client No.      00968

| *Date* | *Description* | *Charge* | *Credit* | *Balance* |
|---|---|---|---|---|
| | Balance Forward | | | 1,535.25 |
| | **Current Balance** | | **$** | **1,535.25** |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 1,535.25 | $  1,535.25 |

**WE ACCEPT VISA AND MASTER CARD**
PLEASE CALL OUR ADMINISTRATIVE OFFICE FOR FURTHER INFORMATION
The balance due reflects payments received through the end of the month.
All accounts over 30 days old will accrue a finance charge of 1½% per month.

4035 Ridge Top Road, #700, Fairfax, Virginia 22030  (703) 385-8888  Fax (703) 385-3940
*Member of American Institute of Certified Public Accountants Division for CPA Firms*