# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

Alexandria      Division

In re  Koger Management Group, Inc.                          Case No.  07-11947-BFK

Debtor(s)                          Chapter   7

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

**Creditor's Name and Address**                          **Amount of Dividend**

See Exhibit A, attached hereto.

[If applicable: Continued on attached page(s).]

Date: _____ June 28, 2013 _____          _/s/ Stephen E. Leach_____
                                                                    (Signature of Trustee)

                                                            _Stephen E. Leach_____
                                                                    (Typed Name of Trustee)

[runclmfd ver. R. 04/03]

**EXHIBIT A**
**TO REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

In re Koger Management Group, Inc. (Case No. 07-11947)

| CREDITOR NAME AND ADDRESS | AMOUNT OF DISTRIBUTION |
|---|---|
| Verizon<br>PO Box 660720<br>Dallas, TX 75266-0720 | $1,297.32 |
| Village Management Software<br>PO Box 60095<br>Phoenix, AZ 85082 | $540.62 |
| Staples<br>500 Staples Drive<br>Framingham, MA 01702<br>ATTN: Legal Department | $1,974.21 |

{LTB-00042551- }